# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,  Case No. **1:19-mj-00710-SJB**

vs.

MARUF ALAM

## NOTICE OF APPEARANCE FOR NEW COUNSEL FOR DEFENDANT

The undersigned, Ali Najmi, Esq., hereby respectfully notifies the clerk of this court and all parties of his appearance as retained counsel for defendant MARUF ALAM and requests to be notified of all proceedings and filings throughout the duration of the case.

Respectfully Submitted,

_____/s/_____
Ali Najmi, Esq.
NY State Bar # 4853149
261 Madison Avenue, 12th Floor
NY, NY 10016
T: (212) 401-6222
E: ali@najmilaw.com
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2019 I served a true and correct copy of this document upon all counsel of record electronically via the Court's CM/ECF system.

_____/s/_____
Ali Najmi, Esq.
NY State Bar # 4853149
261 Madison Avenue, 12th Floor
NY, NY 10016
T: (212) 401 -6222
E: ali@najmilaw.com
*Counsel for Defendant*